**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHRISTOPHER JOHNSON,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**RACHEL WAGNER,**<br><br>**Respondents.** | **Civil Action No. 25-0185 (RK)**<br><br>**MEMORANDUM & ORDER** |

This matter comes before the Court on *pro se* Plaintiff Christopher Johnson's civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1), together with an application to proceed *in forma pauperis* ("IFP") (ECF No. 1-1). For the reasons explained below, the Court will deny the IFP Application without prejudice.

In his Complaint, Plaintiff alleges that his public defender, Rachel Wagner, withheld evidence and provided inadequate representation during his criminal proceedings. (ECF No. 1 at 3–5.) On April 8, 2025, Plaintiff informed the Court that he is no longer an inmate at Hudson County Correctional and Rehabilitation Center and provided his updated mailing address. (ECF No. 2.) Because Plaintiff's circumstances have changed, the Court directs Plaintiff to submit a completed non-prisoner IFP application reflecting his current financial circumstances. *See* 28 U.S.C. § 1915(a)(1). Therefore, the Court denies the IFP Application (ECF No. 1-1).

Moreover, the Complaint is missing Plaintiff's signature. (ECF No. 1 at 6.) Federal Rule of Civil Procedure 11(a) requires that an unrepresented party must personally sign a pleading. Therefore, Plaintiff must also re-submit a signed copy of the Complaint.

Accordingly,

**IT IS** on this 29th day of October, 2026,

**ORDERED** that the IFP Application (ECF No. 1-1) is DENIED without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall provide Plaintiff with a blank non-prisoner application to proceed *in forma pauperis*, AO 239 (Rev. 01/15); and it is further

**ORDERED** that the Clerk shall ADMINISTRATIVELY TERMINATE this matter due to Plaintiff's change of circumstances; and it is further

**ORDERED** that if Plaintiff wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court, Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, within 30 days of the date of entry of this Order; Plaintiff's writing shall include a signed copy of the Complaint (ECF No. 1) and either: (1) a complete, signed non-prisoner *in forma pauperis* application, or (2) the $405 fee including the $350 filing fee plus the $55 administrative fee; and it is finally

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular mail.

ROBERT KIRSCH
United States District Judge